MOBERLY *v.* DAVAR.—On appeal.

THE transcript of a justice's judgment in this case, as <span>Wednesday, November 25.</span> shown on appeal to the Circuit Court, commenced as follows: " *Jesse Davar,* assignee of *Thomas Grimes, v. William Moberly.* Debt on note for 24 dollars; interest 5 dollars and 55 cents." *Held,* that the transcript showed, with sufficient certainty, what was the cause of action.

When a new trial is granted on the payment of costs, the right to the new trial is forfeited if the costs be not paid.